# Court of Appeals
# of the State of Georgia

ATLANTA,  April 20, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0184.  DORRIN JOHNSON v. DANNA R. MOLLEDA.

Appellant's Emergency Motion for Stay of Enforcement Pending Appeal is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/20/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*